JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Eva Holloway

### DEFENDANTS
U.S. Dept of Education Federal Offset Unit

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)
05 11110 NMG

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☑ 151 Medicare Act |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☑ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS |  ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | Habeas Corpus: |  | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |
|  |  | ☐ 550 Civil Rights |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: To stop and return wages of offset

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Ela Holloway vs Department of Education_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

    ___ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

    ___ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
             740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           for patent, trademark or copyright cases

    ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
             315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
             380, 385, 450, 891.

    ✓ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
             690, 810, 861-865, 870, 871, 875, 900.

    ✓ V.   150, 152, 153.

    05-11110 NMG

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

    _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
    YES ☐    NO ☑

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
    YES ☐    NO ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
    YES ☐    NO ☑

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
    YES ☐    NO ☑

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
    YES ☐    NO ☑

    A. If yes, in which division do all of the non-governmental parties reside?
       Eastern Division ☐    Central Division ☐    Western Division ☐

    B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
       Eastern Division ☐    Central Division ☐    Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
    YES ☐    NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(CategoryForm.wpd -5/2/05)

To: Bob Daunce (Fax - 1888-909-4272
From: Eva Holloway 21 N. Main St., W. Bridgewater, Ma
Date: February 28, 2005
Re: Lien of Federal Taxes (offset) Referred to MJ JCDein

05 11110 NMG

Per our conversation of the date listed above, please find attached said copies of letter of repayment from the U.S. Department of Education dtd January and February of 2002.

The Promissory Note you referenced in our conversation was signed by Ms. Charysse Holloway of 1370 Pleasant St., Weymouth, Ma 02189 (781) 331-1218, (Social Sec # ███-██-3868).

Ms. Holloway did attend Wilfred Academy in 1986 at which time she received a Student Loan. Inadvertently the wrong Social Security Number was issued to the school and later correct Ms. Holloway sister upon discovering the discrepancy with the Social Security number contacted the U.S. Department of Education, signed a note, later realized (in error) that the signature of the Promissory Note and letter did not match and a check of restitution was sent to Ms. Charysse Holloway.

Ms. Holloway (Eva) should not be held responsible for any negligence of the U.S. Dept of Education (~~Labor~~) or otherwise.

Any further questions or comments should be directed to Ms. Eva Holloway (617) 541-9203

Based on our conversation, receipt of this

and her release of Federal Tax Return should be issued.

Thank you in advance for your kind attention and consideration,

Sincerely

Linda Lewis
LICSW
on behalf of Eva Holloua



# U. S. DEPARTMENT OF EDUCATION
## STUDENT FINANCIAL ASSISTANCE

#BWNFDMC **AUTO
#50 7172U25 S58014 1#
EVA M HOLLOWAY
21 N MAIN ST
WEST BRIDGEWATER MA   02379-1734

DATE: FEBRUARY 9, 2002

SOCIAL SECURITY NO: ▓▓▓-▓▓-7172

THIS NOTICE SERVES AS WRITTEN VERIFICATION THAT YOU HAVE PAID IN FULL
THE DEFAULTED STUDENT LOAN(S) AND/OR GRANT OVERPAYMENT(S) OWED TO THE
U.S. DEPARTMENT OF EDUCATION  (ED) (AND PAYABLE TO THE NATIONAL PAYMENT
CENTER), AND THAT NO FURTHER PAYMENTS ARE DUE.

THIS NOTICE PERTAINS ONLY TO DEFAULTED STUDENT AID DEBT HELD BY ED (AND
PAYABLE TO THE NATIONAL PAYMENT CENTER) AS OF THE DATE OF THIS NOTICE.
IT DOES NOT PERTAIN TO ANY OTHER OBLIGATIONS HELD BY OTHER AGENCIES,
SCHOOLS, OR INSTITUTIONS (INCLUDING BANKS AND LENDING INSTITUTIONS), OR
LOANS CURRENTLY HELD BY THE WILLIAM D. FORD DIRECT LOAN PROGRAM.  IF YOU
HAVE RECEIVED A NOTICE OF PROPOSED OFFSET FROM A GUARANTY AGENCY ACTING
ON BEHALF OF ED, THIS LETTER DOES NOT APPLY TO THAT NOTICE.

THIS NOTICE OF SATISFACTION WILL BE NULL AND VOID IF:

- ANY PART OF THIS STUDENT AID DEBT HAS BEEN REDUCED BY OFFSET OF
  FEDERAL FUNDS OWED TO YOU AND THAT OFFSET IS SUBSEQUENTLY REVERSED
  EITHER IN WHOLE OR IN PART (E.G., IF YOUR FEDERAL TAX REFUND WAS
  APPLIED TO THIS DEBT AND YOU OR YOUR SPOUSE FILE AN INJURED SPOUSE
  CLAIM THAT REDUCES THE AMOUNT ED ORIGINALLY RECEIVED).
- OTHER DEBTS THAT YOU OWE ARE SUBSEQUENTLY ASSIGNED TO ED FOR
  COLLECTION
- ANY OF THE PAYMENTS YOU HAVE MADE TO ED SUBSEQUENTLY BOUNCE OR ARE
  OTHERWISE NOT HONORED

IF THE U.S. DEPARTMENT OF EDUCATION HAS REPORTED YOUR DEFAULTED STUDENT
AID DEBT TO CREDIT BUREAUS, THE CREDIT BUREAUS WILL BE NOTIFIED
THAT THE ACCOUNT IS SATISFIED.  THIS DOES NOT DELETE THE CREDIT LINE
REFERENCE BUT ONLY UPDATES IT TO SHOW A ZERO BALANCE, PER SECTION 430A
(F)(1) AND SECTION 463 (C)(1) OF THE HIGHER EDUCATION ACT OF 1965,
AS AMENDED.

THE DEFAULTED STUDENT AID DEBT HELD BY ED AND PAYABLE TO THE NATIONAL
PAYMENT CENTER SHOULD NO LONGER PREVENT YOU FROM RECEIVING TITLE IV
FEDERAL STUDENT FINANCIAL AID. YOU MAY REACH US AT (800)621-3115.

Sincerely,

*[signature]*

Branch Chief, Chicago Service Center



# U. S. DEPARTMENT OF EDUCATION
# STUDENT FINANCIAL ASSISTANCE

```
#BWNFDMC **AUTO
#50 7172W38 S58014 0#
EVA M HOLLOWAY
21 N MAIN ST
WEST BRIDGEWATER MA   02379-1734
```

DATE: JANUARY 18, 2002

YOU RECENTLY REPORTED TO THE U.S. DEPARTMENT OF EDUCATION (ED) THAT YOU BELIEVE THAT A CREDIT REPORT INCORRECTLY DESCRIBES A DEBT YOU OWE(D) TO TO ED. YOU CONTEST THE ACCURACY OF THE DEBT INFORMATION AS SHOWN ON THE CREDIT REPORT, NOT AS SHOWN IN ED'S RECORDS.

ED DISCLOSES INFORMATION ABOUT DEBTS IT HOLDS, ON A MONTHLY BASIS, TO THREE MAJOR NATIONAL CREDIT REPOSITORIES, EXPERIAN, TRANS UNION AND EQUIFAX, AS REQUIRED BY FEDERAL LAW: SECTIONS 463(C) AND 430A OF THE HIGHER EDUCATION ACT OF 1965 AS AMENDED AND 31 USC 3711. CREDIT REPORTS, EVEN IF THEY'RE COMPILED BY LOCAL CREDIT BUREAUS, USUALLY INCLUDE INFORMATION FROM ONE OF THESE THREE REPOSITORIES. ED IS NOT RESPONSIBLE FOR ENSURING THAT CREDIT REPOSITORIES OR CREDIT BUREAUS UPDATE THEIR INFORMATION IN A TIMELY FASHION, BUT SUCH AGENCIES MUST COMPLY WITH THE FEDERAL FAIR CREDIT REPORTING ACT, OR FCRA, (15 U.S.C. 1681).

THE FCRA ALLOWS CONSUMERS TO CONTEST INFORMATION CONTAINED IN THEIR CREDIT FILES AT A CREDIT BUREAU. TO DO SO, SEND THE CREDIT BUREAU A WRITTEN NOTICE EXPLAINING THE MATTER YOU DISPUTE. THE BUREAU MUST THEN INVESTIGATE THE ACCURACY OF THAT INFORMATION AND CORRECT ANY INACCRUATE INFORMATION. IF THEY DO NOT RECEIVE VERIFICATION OR CORRECTION OF THE DISPUTED INFORMATION WITHIN 30 DAYS, THEY MUST DELETE IT. CONSUMERS MAY ALSO HAVE THE CREDIT BUREAU INCLUDE IN LATER CREDIT REPORTS THAT THE INFORMATION IS DISPUTED.

TO DISPUTE INFORMATION YOU BELIEVE IS INACCURATE, SEND TO THE CREDIT BUREAU WHOSE CREDIT REPORT YOU DISPUTE AND ALSO TO THE THREE CREDIT REPOSITORIES A LETTER THAT STATES: "I DISPUTE THE FOLLOWING INFORMATION ON MY CREDIT REPORT ABOUT THE STUDENT LOAN(S) OWED TO THE U.S. DEPARTMENT OF EDUCATION" AND THAT THEN DESCRIBES THE INFORMATION YOU BELIEVE IS INACCURATE.

THE THREE CREDIT REPOSITORIES ARE:

| | | |
|---|---|---|
| EQUIFAX | PO BOX 740241<br>ATLANTA, GA 30374 | 800-685-1111 |
| EXPERIAN | PO BOX 949<br>ALLEN, TX 75013 | 888-397-3742 |
| TRANS UNION | WEST SPROUL RD, POB 390<br>SPRINGFIELD, PA 19064 | 800-888-4213 |



## U. S. DEPARTMENT OF EDUCATION
## STUDENT FINANCIAL ASSISTANCE



```
#BWNFDMC **AUTO
#50 7172U25 S58014 1#
EVA M HOLLOWAY
21 N MAIN ST
WEST BRIDGEWATER MA   02379-1734
```

DATE: JANUARY 25, 2002

SOCIAL SECURITY NO: ███-██-7172

THIS NOTICE SERVES AS WRITTEN VERIFICATION THAT YOU HAVE PAID IN FULL THE DEFAULTED STUDENT LOAN(S) AND/OR GRANT OVERPAYMENT(S) OWED TO THE U.S. DEPARTMENT OF EDUCATION (ED) (AND PAYABLE TO THE NATIONAL PAYMENT CENTER), AND THAT NO FURTHER PAYMENTS ARE DUE.

THIS NOTICE PERTAINS ONLY TO DEFAULTED STUDENT AID DEBT HELD BY ED (AND PAYABLE TO THE NATIONAL PAYMENT CENTER) AS OF THE DATE OF THIS NOTICE. IT DOES NOT PERTAIN TO ANY OTHER OBLIGATIONS HELD BY OTHER AGENCIES, SCHOOLS, OR INSTITUTIONS (INCLUDING BANKS AND LENDING INSTITUTIONS), OR LOANS CURRENTLY HELD BY THE WILLIAM D. FORD DIRECT LOAN PROGRAM. IF YOU HAVE RECEIVED A NOTICE OF PROPOSED OFFSET FROM A GUARANTY AGENCY ACTING ON BEHALF OF ED, THIS LETTER DOES NOT APPLY TO THAT NOTICE.

THIS NOTICE OF SATISFACTION WILL BE NULL AND VOID IF:

- ANY PART OF THIS STUDENT AID DEBT HAS BEEN REDUCED BY OFFSET OF FEDERAL FUNDS OWED TO YOU AND THAT OFFSET IS SUBSEQUENTLY REVERSED EITHER IN WHOLE OR IN PART (E.G., IF YOUR FEDERAL TAX REFUND WAS APPLIED TO THIS DEBT AND YOU OR YOUR SPOUSE FILE AN INJURED SPOUSE CLAIM THAT REDUCES THE AMOUNT ED ORIGINALLY RECEIVED).
- OTHER DEBTS THAT YOU OWE ARE SUBSEQUENTLY ASSIGNED TO ED FOR COLLECTION
- ANY OF THE PAYMENTS YOU HAVE MADE TO ED SUBSEQUENTLY BOUNCE OR ARE OTHERWISE NOT HONORED

IF THE U.S. DEPARTMENT OF EDUCATION HAS REPORTED YOUR DEFAULTED STUDENT AID DEBT TO CREDIT BUREAUS, THE CREDIT BUREAUS WILL BE NOTIFIED THAT THE ACCOUNT IS SATISFIED. THIS DOES NOT DELETE THE CREDIT LINE REFERENCE BUT ONLY UPDATES IT TO SHOW A ZERO BALANCE, PER SECTION 430A (F)(1) AND SECTION 463 (C)(1) OF THE HIGHER EDUCATION ACT OF 1965, AS AMENDED.

THE DEFAULTED STUDENT AID DEBT HELD BY ED AND PAYABLE TO THE NATIONAL PAYMENT CENTER SHOULD NO LONGER PREVENT YOU FROM RECEIVING TITLE IV FEDERAL STUDENT FINANCIAL AID. YOU MAY REACH US AT (800)621-3115.

Sincerely,

*John Helton*

Branch Chief, Chicago Service Center



DEPARTMENT OF THE TREASURY
FINANCIAL MANAGEMENT SERVICE
P.O. BOX 1686
BIRMINGHAM, ALABAMA 35201-1686

**THIS IS NOT A BILL - PLEASE RETAIN FOR YOUR RECORDS**

02/11/05

HOLLOWAY, EVA M
2 WALNUT CT APT 2
ROXBURY MA 02119-2233

Dear HOLLOWAY, EVA M:

As authorized by Federal law, we applied all or part of your Federal payment to a debt you owe. The government agency (or agencies) collecting your debt is listed below.

| | |
|---|---|
| U.S. DEPARTMENT OF EDUCATION<br>FEDERAL OFFSET UNIT<br>P.O. BOX 4222<br>IOWA CITY    IA 52244-4222 | TIN Num: ####7172<br>TOP Trace Num: A24962715<br>Acct Num: 05014587172<br>Amount This Creditor:   $407.00<br>Creditor: 05    Site: 50 |
| 800-621-3115    (800) 621-3115<br>PURPOSE: Non-Tax Federal Debt | |

The Agency has previously sent notice to you at the last address known to the Agency. That notice explained the amount and type of debt you owe, the rights available to you, and that the Agency intended to collect the debt by intercepting any Federal payments made to you, including tax refunds. **If you believe your payment was reduced in error or if you have questions about this debt, you must contact the Agency at the address and telephone number shown above.** The U. S. Department of the Treasury's Financial Management Service cannot resolve issues regarding debts with other agencies.

We will forward the money taken from your Federal payment to the Agency to be applied to your debt balance; however, the Agency may not receive the funds for several weeks after the payment date. If you intend to contact the Agency, please have this notice available.

*CR Wilson*
Charles A. Wilson
Department of the Treasury, Financial Management Service
(800) 304-3107
Telecommunications Device for the Deaf (TDD) (866) 297-0517

**PAYMENT SUMMARY**
PAYEE NAME: HOLLOWAY, EVA M
PAYMENT BEFORE REDUCTION:    $407.00          PAYMENT DATE: 02/11/05
TOTAL AMOUNT OF THIS REDUCTION:    $407.00    PAYMENT TYPE: EFT
PAYING FEDERAL AGENCY: Internal Revenue Service
(See Insert on Tax Refund Offsets for Additional Information)

FOR OFFICIAL USE ONLY:    0000010148 A249627150145871720415679924BALTR-P01HOLL010295
RL0604



**DEPARTMENT OF THE TREASURY**
**FINANCIAL MANAGEMENT SERVICE**
WASHINGTON, D.C. 20227

**Ronda L. Kent**
**Senior Attorney**
**Telephone: (202) 874-4182**
**Facsimile: (202) 874-6627**
**Internet: ronda.kent@fms.treas.gov**

May 6, 2005

Clerk's Office                                    **VIA FEDERAL EXPRESS**
Boston Municipal Court, Roxbury Division
85 Warren Street
Roxbury, MA 02119-3294

Re:   Eva Holloway vs. U.S. Department of Education
      Docket No. 200502SC00098

Dear Sir or Madam:

Reference is made to the above captioned small claims action, which is scheduled for trial on May 11, 2005 at 2:00 p.m.

As you know, the United States is not subject to the jurisdiction of the Massachusetts Small Claims Court. See United States v. Mitchell, 463 U.S. 206, 212 (1983) ("It is, of course 'axiomatic' under the principle of sovereign immunity 'that the United States may not be sued without its consent and that the existence of consent is a prerequisite for jurisdiction.'"). Further, Ms. Holloway is seeking the return of monies withheld from her Federal income tax refund to pay a student loan debt. Federal law provides that no court shall have jurisdiction as to the U.S. Department of the Treasury with respect to any lawsuit regarding a tax refund offset. See 26 U.S.C. 6402(f).

I wrote to Ms. Holloway in March 2005, and advised her of the above. I also suggested that she contact the Department of Education ombudsman's office at 1-877-557-2575 to resolve any questions she has regarding her tax refund offset. I have not received any reply to my letter.

If you have any questions, please feel free to contact me at (202) 874-4182.

                                                  Sincerely,

                                                  Ronda L. Kent

cc:   Eva Holloway
      2 Walnut Court, Apt. 2
      Roxbury, MA 02119-2233



Department of the Treasury
Internal Revenue Service

```
                                              0858600000
                        Apr. 11, 2000    LTR 178C
                        ████-7172   199912 30  000
                        Input Op:  0827126398    00722
```

EVA M HOLLOWAY
65 CAMDEN AVE APT FLR2
PROVIDENCE  RI  02908-3601650


We apologize for any inconvenience we may have caused you, and thank you for your cooperation.

Sincerely yours,

*Judith P. Powers*

Judith P. Powers
Chief, TeleCorr Branch

Enclosures:
Copy of this letter
Envelope
Your Form 1040X


Department of the Treasury
Internal Revenue Service

310 Lowell Street
Andover  MA  01812-0000

In reply refer to: 0858600000
Apr. 11, 2000   LTR 178C
░░░░░-7172  199912 30 000
Input Op: 0827126393      00721

EVA M HOLLOWAY
65 CAMDEN AVE APT FLR2
PROVIDENCE  RI  02908-3601650

Taxpayer Identification Number: ░░░░░-7172
              Tax Period(s): Dec. 31, 1999

                    Form: 1040

Dear Taxpayer:

Thank you for the inquiry dated Mar. 01, 2000.

We are returning Form 1040X, received on Mar. 03, 2000, for additional information required for processing.

Please send verification (receipts,bills from vendors,diaries etc.  ) for the added expenses claimed on your amended form 1040X Schedule C. Please explain how these expenses pertain to your stated occupation of baby sitter. Also please explain your use of a vehicle in the performance of your work.

Please send us the information requested along with the amended return within 30 days from the date of this letter. If we do not hear from you, we can take no further action on your account. We have enclosed an envelope for your convenience.

If you have any questions, please call our Customer Service area at 1-800-829-8815 between the hours of 8:00AM and 11:00PM.
If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Whenever you write, please include this letter and, in the spaces below, give us your telephone number with the hours we can reach you. Also, you may want to keep a copy of this letter for your records.

Telephone Number (401) 272-8841           Hours 3-8 PM

# Wilfred Academy
## of Hair and Beauty Culture

NEW YORK · NEW JERSEY · CONNECTICUT · PENNSYLVANIA
MASSACHUSETTS · FLORIDA · ILLINOIS · CALIFORNIA

OVER 40 LOCATIONS

## Certificate

This is to certify that _____ has diligently pursued the prescribed courses of instruction and has given satisfactory proof of efficiency in the practice of

**HAIRDRESSING AND COSMETOLOGY**

Given this 19th day of August in the year of 19__
in the City of Boston in the State of Mass.

_____ School Manager

Executive Vice President — Director of C__
Research Training and Developm__



WILFRED ACADEMY · For Cosmetology Leadership

# MHEAC 1-STEP APPLICATION FOR A GUARANTEED STUDENT LOAN

200-2686-3    COPY A

READ INSTRUCTIONS AS YOU FILL OUT THIS FORM

WARNING: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines or imprisonment under the United States Criminal Code and 20 U.S.C. 1097.

## SECTION I — TO BE COMPLETED BY THE APPLICANT

1. **SOCIAL SECURITY NUMBER:** ###-##-3868
2. **LEGAL NAME:** (a) Last: HOLLOWAY  (b) First: EVA  (c) M.I.: M
3. **BIRTH DATE:** [redacted]
4. **PERMANENT HOME ADDRESS:** 100 BICKFORD ST, JAMAICA PLAINS, MA 02130
5. **AREA CODE/PHONE NUMBER:** 617-427-1168
6. **CITIZENSHIP STATUS:** U.S. citizen or National ☒
7. **Total Number of Dependents:** 0
8. **PERMANENT RESIDENT OF (STATE NAME):** MA — Since: 01/72
9. **INTENDED ENROLLMENT STATUS:** Less than Full-time at least Half-time ☒
10. **MAJOR COURSE OF STUDY:** 24
11. **WHILE IN SCHOOL BORROWER INTENDS TO LIVE:** Off-Campus ☒
12. Prior to the academic year for which this loan is requested, have you ever been enrolled in any school beyond the high school level? NO ☒
13. **AMOUNT REQUESTED:** $2500.00
14. **LOAN PERIOD:** From 09/86 To 06/87
15. **HAVE YOU EVER DEFAULTED ON A STUDENT LOAN?** NO ☒
16. **HAVE YOU ANY DEBTS?** NO ☒

| CREDITOR NAME | CITY/STATE | PHONE NO. | INTEREST RATE | NAME OF PROGRAM GSL, NDSL, HEAL, etc. | SCHOOL PERIOD Begin / End | UNPAID BALANCE |
|---|---|---|---|---|---|---|
| | | ( ) | | | | |
| | | ( ) | | | | |

17. **PARENT OR GUARDIAN (Circle One)**

| | (LAST) | (FIRST) | (M.I.) | (LAST) | (FIRST) | (M.I.) | (LAST) | (FIRST) | (M.I.) |
|---|---|---|---|---|---|---|---|---|---|
| Name | SKINNER | WINESSA | | WING | TAMMY | | BROWN | MONIQUE | |
| Address | 100 BICKFORD ST | | | 12 SHANDON RD | | | 7 SHANDON RD | | |
| City, State | JAMAICA PLAINS | | | DORCHESTER MASS | | | DORCHESTER | | |
| Phone No. | ( ) NONE | | | ( ) NO PHONE | | | ( ) 825-6394 | | |
| Employer | UNEMPLOYER | | | PATIA + BANK | | | STUDENT | | |

18A. **STUDENT'S ANTICIPATED GRADUATION DATE:** 01/28/88
18B. **GRADE LEVEL:** 01
18C. **ALIEN NUMBER:** 4

## MHEAC 1-STEP PROMISSORY NOTE FOR A GUARANTEED STUDENT LOAN

**I. Promise to Pay** — I, the undersigned student borrower identified in Section I, item 2, promise to pay to you or your order when this note becomes due as set forth in Paragraph II, the sum of

Two Thousand Five Hundred Dollars ($ 2500.00)

I.A. Requested Loan Amount — Must be the same as item 13

or such loan amount as is advanced to me along with any fee paid on my behalf and identified to me in the Notice of Loan Guarantee and Disclosure Statement, plus interest as set forth in Paragraph VI. If I fail to pay any of these amounts when they are due, I will pay all charges and other costs, including the fees of an outside attorney and court costs that are permitted by federal law and regulations for the collection of this loan, which you incur in collecting this loan. My signature certifies that I have read, understood and agreed to the conditions and authorizations stated in the "Borrower Certification" printed on the reverse side.

I UNDERSTAND THAT THIS IS A PROMISSORY NOTE. I WILL NOT SIGN THIS PROMISSORY NOTE BEFORE READING IT INCLUDING THE WRITING ON THE REVERSE SIDE, EVEN IF OTHERWISE ADVISED. I AM ENTITLED TO AN EXACT COPY OF THIS PROMISSORY NOTE, NOTICE OF LOAN GUARANTEE AND DISCLOSURE STATEMENT AND ANY AGREEMENT I SIGN. BY SIGNING THIS PROMISSORY NOTE, I ACKNOWLEDGE THAT I HAVE RECEIVED AN EXACT COPY HEREOF. THIS AGREEMENT IS UNDER SEAL.

I.B. Student Borrower Signature: Eva Holloway    Date: 8/19/86

BEAR DOWN FIRMLY — SIGN IN INK

NOTICE TO STUDENT: Terms of the Promissory Note continue on the reverse side of copy D. Detach copies A, B, and C from the booklet after completing Section I.

## SECTION II — TO BE COMPLETED BY THE SCHOOL

20. **NAME OF EDUCATIONAL INSTITUTION:** Wilfred Academy
21. **ADDRESS:** 120 Tremont St    **CITY:** Boston
22. **LOAN PERIOD:** FROM 01/29/86 TO 06/30/87
23. **BORROWER'S GRADE LEVEL:** (See Instructions)
24. **ANTICIPATED GRADUATION:** 06/26/87
**STATE:** MA  **ZIP CODE:** 02108
25. **SCHOOL CODE SUFFIX:** 009599
26. **AREA CODE/PHONE NO.:** 617-542-1755
27A. **ADJUSTED GROSS INCOME:** $0.00
28. **ESTIMATED COST OF ATTENDANCE FOR LOAN PERIOD:** Total $ 8219.00
29A. **ESTIMATED FINANCIAL AID:** Total $ 2100.00
29B. **EXPECTED FAMILY CONTRIBUTION:** Total $ 0.00
30. **COST LESS AID:** Total $ 6119.00
31. **DEGREE OR CERTIFICATE TO BE RECEIVED:** Diploma
31A. **STUDENT'S DEPENDENCY STATUS:** Dependent ☒
31B. **STUDENT STATUS:** Full-Time ☒
32. My signature below certifies that I have read and agreed to the "School Certification" printed on the REVERSE of this Application. (See Instructions)

**SIGNATURE OF AUTHORIZED SCHOOL OFFICIAL:** Tina M. Pierce
**PRINT OR TYPE NAME AND TITLE:** TINA M. PIERCE
**DATE:** 8/22/86

## SECTION III — TO BE COMPLETED BY THE LENDER

33. **NAME OF LENDING INSTITUTION:** Merchant Bank of Boston
34. **ADDRESS:** 125 TREMONT STREET
**CITY:** BOSTON  **STATE:** MA  **ZIP CODE:** 02108
35. **AREA CODE/PHONE NO.:** 617-484-2800
36. **LENDER CODE:** 824708  **SUFFIX:**

37. **LOAN DISBURSEMENT DATE(S):**

| | Mo. | Day | Yr. | LOAN AMOUNT(S) |
|---|---|---|---|---|
| #1 | 9 | 10 | 86 | $ |
| #2 | | | | $ |
| #3 | | | | $ |
| #4 | | | | $ |

**TOTAL AMOUNT LENDER APPROVES:** $2500.00

38. **SIGNATURE OF AUTHORIZED LENDING OFFICIAL:** [signature]
**PRINT OR TYPE NAME AND TITLE:** Vanessa Bonsen, Supervisor Consumer Loans
**DATE:** 8-27-86

ORIGINAL-NOTE    LENDER-COPY A    MHEAC 1-STEP FORM #2 7/85



# STUDENT LOAN PROMISSORY NOTE

## A. READ THIS INFORMATION CAREFULLY

"I", "me", and "my" refer to the borrower.

1. I will read this Promissory Note before I fill it out. If I have any questions, I will ask my lender. If I don't know who my lender will be, I will contact my school or HEAF.
2. When the lender accepts my signed Promissory Note with my application, the lender is not necessarily agreeing to lend me the money. The lender may make a loan or lend an amount less than the Loan Amount Requested. I will be required to repay only the amount of money that I actually receive. Federal regulations may not allow the lender to lend me as much as I have asked for.
3. After HEAF has agreed to guarantee my loan, the lender will send me a Disclosure Statement. The Disclosure Statement will tell me:
   a) the total dollar amount of my loan  c) the dollar amount of the origination fee I will pay  e) my disbursement schedule (when I will get my checks)
   b) the interest rate I will pay  d) the dollar amount of the guarantee fee I will pay  f) how long my grace period will be

Some of the terms on my Disclosure Statement may be different from what they are on the Promissory Note. If they are different, the terms on the Disclosure Statement apply instead of what is on this Note. If I am not satisfied with the new terms, I may cancel the agreement. If I do wish to cancel this agreement, I will contact my lender immediately and I will not cash any loan checks.

I will be sure to check the Disclosure Statement as soon as I get it and let my lender know if anything looks wrong or if I have any questions.

**Your Name** EVA HOLLOWAY

**Your Address** [illegible]

**Your City/State/ZIP** [illegible]

## B. PROMISE TO PAY

I promise to pay to the order of **The Chase Manhattan Bank, N.A.**

**New York, New York**

All of the following amounts:

1) The entire Loan Amount Requested or such lesser amount as is loaned. **LOAN AMOUNT REQUESTED $ 1267.00**

2) Interest on the unpaid principal balance. The applicable interest rate on this loan will be figured in the following manner: If I have an unpaid principal balance on a Guaranteed Student Loan having an applicable interest rate of 6%, the applicable interest rate on this loan will be 7%. If I have an unpaid principal balance on a Guaranteed Student Loan having an applicable interest rate of 7%, 8%, or 9%, the applicable interest rate on this loan will be the same as that of my other loan(s). If I have no outstanding Guaranteed Student Loans, my applicable interest rate on this loan will be 8%.

I further understand that if I am eligible for federal interest benefits, the interest will be paid by the Secretary of Education (Secretary) during the period I am in school on at least a half-time basis, (b) during the grace period described in Section D below, and (c) during the time my loan payments are deferred as allowed by Section F below.

3) The guarantee fee (which is 1%) per annum of the Loan Amount for the anticipated in-school period plus six months. The fee will be deducted from the initial disbursement. This charge is not subject to refund except for the amount attributable to any disbursement I do not receive, which will, at the lender's option, be applied to my loan balance or be returned to me.

4) The Origination fee, which will be deducted from the proceeds of the loan. The fee is determined by federal law and will be reflected on my disclosure statement. This charge is not subject to refund except for the amount attributable to any disbursement I do not receive.

## C. GENERAL

I understand that the lender has applied for guarantee coverage of this loan through the Higher Education Assistance Foundation (HEAF) and because of this, the loan is subject to, and the terms of this Promissory Note will be interpreted in accordance with, Sub-chapter IV, Part B of the Higher Education Act of 1965, and has amended, federal regulations adopted under the Act, and the Rules and Regulations of HEAF. To the extent not governed by federal law, this Note shall be governed by the laws of the jurisdiction in which the lender is located.

## D. REPAYMENT

I will repay this loan in periodic installments during a repayment period that will begin no later than the end of my grace period. However, during the grace period I may request that the repayment period begin earlier. The grace period begins when I cease to carry at least one-half the normal academic workload at a school that is participating in the Guaranteed Student Loan Program (GSLP).

1) The Secretary will pay the interest that accrues on this loan prior to the repayment period and during any deferment period if I demonstrate that I qualify to have such payments made on my behalf under the regulations governing the GSLP. In the event the interest on this loan is payable by the Secretary, there will be no attempt to collect this interest from me. I may, however, choose to pay this interest myself.

2) Once the repayment period begins I will be responsible for payment of all the interest that accrues on this loan, except that if the interest accruing on this loan prior to the repayment period was payable by the Secretary, the Secretary will pay the interest that accrues during any period deferred under DEFERMENT in this Promissory Note.

3) The lender may add any interest to the unpaid principal balance of this loan that is not paid when it is due if accord with regulations of HEAF governing the GSLP. I will repay this loan within 15 years but no longer than 10 years, from the date of this Note, over a repayment period that generally lasts at least 5 years but no more than 10 years. However the following exceptions to these rules apply.

   a) The lender may require a repayment period shorter than five years to ensure that the payments of all my loans (GSL and PLUS), including those of my spouse, are at least $600.00 per annum or the amount of outstanding principal and interest, whichever is less. These terms apply to all holders of my loans (GSL and PLUS).

   b) Any period described under DEFERMENT in this Promissory Note or any period for which the lender has granted forbearance will not be included in determining the 5-, 10-, and 15-year periods mentioned above.

   c) If, during the grace period, I request a shorter repayment period, the lender may grant me a period shorter than 5 years. In that event, I may later choose to have the repayment period extended to 5 years.

   d) I must contact the lender prior to expiration of my grace period to negotiate the terms of repayment. If I neglect to do so, I hereby authorize the lender to establish repayment terms within the guidelines set forth in Paragraph 3 of this section, without my further approval; however, the lender must inform me of these terms in writing at the latest address that I have provided to the lender.

   e) My obligation to repay this loan shall be cancelled if I become totally and permanently disabled or die.

The particular terms and conditions of repayment that apply to this loan will be set forth in a separate document, known as a repayment schedule, that the lender will provide to me before the repayment period begins.

## E. PREPAYMENT

At my option and without penalty, I may prepay all or any part of the unpaid principal balance of this Note. In the event of prepayment, I may be entitled to a refund of unearned interest. The amount of any such rebate will be computed by the same method by which interest payments were computed.

## F. DEFERMENT

I understand that in certain instances authorized by the Act the payments I am required to make under Section D may be deferred. The instances currently authorized by the Act are described on the reverse side of this Note. To obtain such deferment, I agree to comply with the relevant federal regulations and the Rules and Regulations of the HEAF, including, without limitation, submission of required forms to the lender.

## G. MODIFICATION OF REPAYMENT TERMS

If I am unable to repay this loan in accordance with the terms established under Section D, I may request the lender to modify these terms in the manner identified on the reverse side of this Note. I understand that a modification of repayment terms under this section is different from Deferment (Section F) and that during this period I will remain responsible for payment of interest which the lender may (a) collect from me on a periodic basis or (b) add to the principal balance of the loan.

## H. DEFAULT & ACCELERATION

If I default on this loan, the lender may declare the entire unpaid amount of the loan, including interest and applicable late charges, immediately due and payable. A default may also make me ineligible for the benefits described under DEFERMENT and REPAYMENT in this Promissory Note. Under HEAF regulations governing the GSLP, any of the following events is a default:

1) Failing to make any payment when due.
2) Making any false representation for the purposes of obtaining this loan.
3) Using the loan proceeds for other than educational purposes.
4) Failing to enroll in the school that completed the application for the time identified as my loan period.
5) Not notifying the lender immediately if I (a) drop to less than a half-time student, (b) change my graduation date, (c) change my name or (d) change my address.

If I default, I will also pay all charges and other costs — including attorney's fees — that are permitted by federal law and regulations for the collection of these amounts. If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay collection costs not to exceed 25 percent of the unpaid principal and accrued interest. Declaring these amounts immediately due and payable is at the option of the lender, which it may do only after complying with applicable notice and other requirements of law. Failure to exercise this option does not constitute a waiver of the lender's right to exercise the option at a later date. If I default, the lender may endorse this Promissory Note to HEAF. I will then be required to pay HEAF all amounts owed.

## I. CREDIT BUREAU NOTIFICATION

If I default on this loan, the lender or HEAF may report the default to credit bureau organizations. This may significantly and adversely affect my credit rating. The lender must provide information on the repayment status of this loan to any credit bureau organization upon my request. If not otherwise prohibited by law, the lender may disclose information about the status of this loan to any credit bureau organizations.

## J. LATE CHARGES

If permitted by law, the lender may collect from me a late charge if I fail to make any part of an installment payment within 10 days after it is due, unless I provide documentation that I am entitled to have the payment deferred as described under DEFERMENT in this Promissory Note. A late charge may not exceed $5 or 5% of an installment, whichever amount is less.

### NOTICE TO BORROWER
(a) DO NOT SIGN THIS PROMISSORY NOTE BEFORE YOU READ IT.
(b) YOU ARE ENTITLED TO A COPY OF THIS PROMISSORY NOTE.
(c) YOU MAY PREPAY THE UNPAID BALANCE AT ANY TIME WITHOUT PENALTY.
(d) IF YOU HAVE ANY QUESTIONS OR WISH TO CANCEL THIS LOAN 1) DO NOT CASH THE LOAN CHECK(S) AND 2) CONTACT YOUR LENDER.

**Sign Your Name** Eva Holloway    **Today's Date** 6/18/87



| DO NOT SEND CASH<br>MAKE CHECKS PAYABLE TO:<br>U.S. DEPARTMENT OF EDUCATION<br>SHOW YOUR SOCIAL SECURITY NUMBER<br>ON YOUR CHECK | ACCOUNT NO. | PRINCIPAL BAL. | INTEREST |
|---|---|---|---|
| | ▓▓▓▓-7172 | $2,652.46 | $2,462.58 |
| | PENALTY CHARGES | FEES & COSTS | TOTAL BALANCE |
| | $0.00 | $1,278.76 | $6,393.80 |

**RETURN THIS PORTION WITH YOUR PAYMENT**     AMOUNT PAID:
NOTE NAME/ADDRESS/PHONE NO. CHANGES ON BACK

```
#BWNFDMC **AUTO
#50 7172A50 S58014 8#
EVA HOLLOWAY
21 N MAIN ST
WEST BRIDGEWATER MA   02379-1734
```

SEND PAYMENT TO:

NATIONAL PAYMENT CENTER
US DEPARTMENT OF EDUCATION
PO BOX 4169
GREENVILLE TX 75403-4169

5 320145871720 0000001150 00000406     5 320145871720 0005192003 06393809

---

KEEP THIS PORTION FOR YOUR RECORDS

## U.S. DEPARTMENT OF EDUCATION

DATE: MAY 19, 2003

THE U.S. DEPARTMENT OF EDUCATION HAS, EFFECTIVE WITH THIS NOTICE, ASSIGNED YOUR ACCOUNT TO THE FOLLOWING AGENCY FOR IMMEDIATE COLLECTION ACTION: DIVERSIFIED COLLECTION SERVICES

IN ADDITION TO PRINCIPAL, INTEREST AND ADMINISTRATIVE FEES, YOUR BALANCE NOW INCLUDES COLLECTION COSTS, UP TO 25% OF PRINCIPAL AND INTEREST.

THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU DO NOT DISPUTE THE VALIDITY OF THIS DEBT, OR ANY PORTION THEREOF, IN WRITING, WITHIN 30 DAYS AFTER RECEIPT OF THIS NOTICE, WE WILL ASSUME IT IS VALID. IF YOU DISPUTE THE VALIDITY OF THIS DEBT, IN WRITING, WITHIN THE 30 DAY PERIOD, WE WILL OBTAIN VERIFICATION OF THIS DEBT OR A COPY OF A JUDGEMENT AND WILL MAIL A COPY TO YOU. AT YOUR REQUEST, IN WRITING, WITHIN THE 30 DAY PERIOD, WE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR. FEDERAL LAW PROHIBITS UNFAIR COLLECTION PRACTICES. FORMAL COMPLAINTS AGAINST THIS AGENCY MAY BE LODGED WITH:

U.S. DEPARTMENT OF EDUCATION
ATLANTA SERVICE CENTER - CHIEF, CONTRACT SERVICES BRANCH
ATLANTA FEDERAL CENTER TOWER
61 FORSYTH ST., SW, RM 19T89
ATLANTA, GEORGIA   30303

THE AGENCY RESPONSIBLE FOR HANDLING YOUR ACCOUNT IS:

DIVERSIFIED COLLECTION SERVICES
P.O. BOX 2049
CASTRO VALLEY CA 94546-0049
(888)335-6267
(888)335-6267

FOR MORE INFORMATION ABOUT STUDENT LOANS VISIT WWW.1800IWILLPAY.COM

| NOTICE OF NEXT EVENT | DOCKET NUMBER<br>200502SC000098 | Trial Court of Massachusetts<br>District Court Department<br>Small Claims Session |
|---|---|---|

CASE NAME  EVA HOLLOWAY vs. U.S. DEPARTMENT OF EDUCATION

| PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED<br>P01  EVA HOLLOWAY<br>2 WALNUT CT<br>APT 2<br>BOSTON, MA 02119 | CURRENT COURT<br>Boston Municipal Court, Roxbury Div.<br>85 Warren Street<br>Roxbury, MA 02119-3294<br>(617) 427-7000 |
|---|---|
| ATTORNEY FOR PARTY TO WHICH THIS COPY OF NOTICE IS ISSUED | MAGISTRATE TRIAL SCHEDULED for 05/11/2005 02:00 PM.<br><br>ROOM/SESSION<br><br>←←← WHEN YOU MUST APPE ←←← |

**TO THE PARTIES TO THIS CASE:**

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If you have good reason to request the Court to reschedule this event for another date, you should immediately contact the opposing party(ies) and request their consent to your request. You should then promptly write the Clerk-Magistrate, indicating the reason for your request and whether or not the other party(ies) has consented. Please note that the granting of a continuance is not automatic even when all the parties agree.

Additional Comments (if any):

DATE ISSUED         CLERK MAGISTRATE/ASST. CLERK