```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

EVA HOLLOWAY,                     )
          Plaintiff,              )
                                  )
     v.                           )  C.A. No. 05-11110-NMG
                                  )
UNITED STATES DEPARTMENT OF       )
EDUCATION,                        )
          Defendant.              )
```

ORDER OF DISMISSAL

For the reasons stated in the Memorandum and Order dated November 9, 2005, this action is DISMISSED for lack of prosecution.

```
                              SARAH A. THORNTON
                              CLERK OF COURT


Dated: 11/10/05         By /s/ Craig Nicewicz
                              Deputy Clerk
```